United States District Court
Southern District of Texas
FILED

MAR 25 2003

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MARIA LUISA PUGA de VASQUEZ, | ) |
| | ) |
| v. | ) C.A. No. |
| | ) |
| PHILLIP TUTAK, INTERIM REGIONAL DIRECTOR, | ) B-03-050 |
| BUREAU OF IMMIGRATION AND CUSTOMS ENFORCEMENT, | ) |
| TOM RIDGE, SECRETARY, DEPARTMENT | ) |
| OF HOMELAND SECURITY. | ) |
| | ) |

NOTICE OF FILING OF
EXHIBIT "D" IN SUPPORT OF
PETITION FOR WRIT OF HABEAS CORPUS

Petitioner, through counsel, hereby files Exhibit "D" in support of her pending petition for habeas corpus, to wit, the decision of the Board of Immigration Appeals, dated January 9, 2003, affirming, without opinion, the decision of the Immigration Judge.

Respectfully Submitted,

Lisa S. Brodyaga, Attorney
17891 Landrum Park Road
San Benito, TX 78586
(956) 421-3226
(956) 421-3423 (fax)
Fed. ID. 1178
Texas Bar 03052800

CERTIFICATE OF SERVICE

I, Lisa S. Brodyaga, certify that a courtesy copy of the foregoing, with exhibit, was mailed to Lisa Putnam, SAUSA, P.O. Box 1711, Harlingen, Texas, 78551 this 6th day of March, 2003.

**U.S. Department of Justice**
Executive Office for Immigration Review

Falls Church, Virginia 22041

Decision of the Board of Immigration Appeals

---

File:   A91-904-234 - Harlingen                          Date: JAN 0 9 2001

In re: PUGA DE VASQUEZ, MARIA LUISA

IN REMOVAL PROCEEDINGS

APPEAL

ON BEHALF OF RESPONDENT: Armando P. Duran

ON BEHALF OF SERVICE: Dyann Bernstein, Assistant District Counsel

ORDER:

PER CURIAM. The Board affirms, without opinion, the results of the decision below. The decision below is, therefore, the final agency determination. See 8 C.F.R. § 3.1(e)(4).

FOR THE BOARD

xc: Binder
     O.S.