7

United States District Court
Southern District of Texas
ENTERED

MAY 0 8 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MARIA LUISA PUGA DE VASQUEZ, Petitioner, | § § § |
| v. | § § |
| PHILLIP TUTAK, INTERIM REGIONAL DIRECTOR, BUREAU OF IMMIGRATION AND CUSTOMS ENFORCEMENT AND TOM RIDGE, SECRETARY, DEPARTMENT OF HOMELAND SECURITY, Respondents. | § § § § § § § § |

CIVIL ACTION NO. B-03-50

## ORDER

Before the Court is the Government's "Unopposed Motion to Hold in Abeyance" (Doc. # 3). After due consideration said motion is hereby GRANTED, and this case will remain in abeyance until a resolution is reached in Salazar-Regino v. Trominski, B-02-045.

DONE at Brownsville, Texas, this 7th day of May, 2003.

Felix Recio
United States Magistrate Judge