UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARIA LUISA PUGA DE VASQUEZ, Petitioner, | § § § | |
| v. | § § | |
| PHILLIP TUTAK, Interim Regional Director, Bureau of Immigration and Customs Enforcement, and TOM RIDGE, Secretary, Department of Homeland Security, Respondents. | § § § § § § | CIV. ACTION NO. B-03-050 |

## ORDER

The above-styled cause of action was held in abeyance pending a decision in *Salazar-Regino v. Trominski*, which was designated as civil cause number B-02-45 in the district court. On appeal, the Fifth Circuit has assigned *Salazar-Regino* the appellate cause number 03-41492. Because resolution of *Salazar-Regino* on appeal would likely be controlling in this case, it is ORDERED that this case be further held in abeyance until cause number 03-41492 is resolved on appeal.

IT IS SO ORDERED

DONE in Brownsville, Texas, this 12th day of November, 2003.

_____
Felix Recio
United States Magistrate Judge