IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MARIA LUISA PUGA DE VASQUEZ | ) |
| | ) |
| v. | ) |
| | ) C.A. NO. B-03-050 |
| PHILLIP TUTAK, et al. | ) |
| | ) |

**UNOPPOSED MOTION TO DISMISS**

COME NOW the Respondents and move this Court to dismiss this case. Petitioner's conviction has been vacated and her immigration case was reopened. The immigration judge terminated proceedings.

Based on the foregoing, Respondents respectfully move to dismiss this case. Petitioner does not oppose this motion.

Respectfully submitted,

MICHAEL T. SHELBY
United States Attorney
Southern District of Texas

s/ Lisa M. Putnam
LISA M. PUTNAM
Special Assistant U.S. Attorney
P.O. Box 1711
Harlingen, Texas 78551
Tel: (956) 389-7051
Georgia Bar No. 590315
August 10, 2005          Federal Bar No. 2393

## CERTIFICATE OF CONSULTATION

The undersigned has conferred with opposing counsel who is not opposed to this motion.

/s/ Lisa M. Putnam
LISA M. PUTNAM
Special Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Unopposed Motion to Dismiss was automatically accomplished through the Notice of Electronic Filing, on August 10, 2005, to Lisa Brodyaga, Esquire.

/s/ Lisa M. Putnam
LISA M. PUTNAM
Special Assistant United States Attorney