IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

MARIA LUISA PUGA DE VASQUEZ   )
                              )
v.                            )
                              ) C.A. NO. B-03-050
PHILLIP TUTAK, et al.         )
                              )

**ORDER**

Upon consideration of Respondents' Unopposed Motion to Dismiss,

IT IS ORDERED that Respondents' motion is **GRANTED** and the case is dismissed.

Dated this _____ day of _____, 2005.

_____
United States District Court Judge