United States District Court
Southern District of Texas
ENTERED

AUG 2 2 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 2 2 2005

Michael N. Milby
Clerk of Court

MARIA LUISA PUGA DE VASQUEZ        )
                                   )
v.                                 )
                                   ) C.A. NO. B-03-050
PHILLIP TUTAK, et al.              )
_____)

## ORDER

Upon consideration of Respondents' Unopposed Motion to Dismiss,

IT IS ORDERED that Respondents' motion is **GRANTED** and the case is

dismissed.

Dated this _____ day of _____, 2005.

_____
United States District Court Judge